Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Steven Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:18-cr-00179 DAD BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| **STEVEN JONES**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant Steven Jones, by and through his counsel, Nicco Capozzi, and the United States of America, by and through Assistant United States Attorney David Gappa, the following:

That the sentencing hearing currently set for August 3, 2020 be continued to October 19, 2020.

The reason for said continuance is due to counsel's inability to be able to meet with Mr. Jones in person to discuss the various and complex sentencing issues relevant to this case. Mr. Jones actually contracted COVID-19.  In  addition, Mr. Capozzi had a death in the family.

**SO STIPULATED.**

| | |
|---|---|
| Dated:     July 29, 2020 | /s/Nicco Capozzi<br>Nicco Capozzi<br>Attorney for Defendant |
| Dated: July 29, 2020 | /s/David Gappa<br>David Gappa<br>Attorney for the United States |

## **ORDER**

Good cause having been shown upon the stipulation, it is hereby ordered that the sentencing hearing currently set for August 3, 2020 be continued to October 19, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:   **July 29, 2020**                                  _____
UNITED STATES DISTRICT JUDGE