Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Steven Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 1:18-cr-00179 DAD BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| **Steven Jones**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant Steven Jones, by and through his counsel, Nicco Capozzi, and the United States of America, by and through Assistant United States Attorney David Gappa, the following:

That the sentencing hearing currently set for October 19, 2020 be continued to November 16, 2020.

The reason for said continuance is due to counsel needing additional time with client to discuss issues in the PSR, and also that counsel was ordered to be personally present in People v. McPherson, CRF45012, out of Tuolumne County (court there set that hearing despite my request for a different date and to appear remotely).

**SO STIPULATED.**

Dated:    October 15, 2020           /s/Nicco Capozzi
                                      Nicco Capozzi
                                      Attorney for Defendant


Dated:    October 15, 2020           /s/David Gappa
                                      David Gappa
                                      Attorney for the United States


## ORDER

Good cause having been shown upon the stipulation, it is hereby ordered that the sentencing hearing currently set for October 19, 2020 be continued to November 16, 2020.

IT IS SO ORDERED.

Dated:    **October 15, 2020**                    _____
                                                   UNITED STATES DISTRICT JUDGE