MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
STEVEN D. JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN D. JONES,<br><br>    Defendant. | Case No.   1:18-cr-00179-DAD-BAM<br><br>**STIPULATION AND ORDER REGARDING SENTENCING** |

### STIPULATION

Defendant Steven Jones, by his counsel of record Michael McKneely, and the United States of America through its counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for sentencing on January 20, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate the sentencing in this matter may be continued to March 8, 2021, to allow newly appointed defense counsel to prepare.

IT IS SO STIPULATED

////

////

////

////

Stipulation And Order Regarding Sentencing                                                                                  -1-

DATED: January 12, 2021   MICHAEL McKNEELY,
CRIMINAL DEFENSE ATTORNEY

By: s/ Michael McKneely
Michael McKneely
Attorney for Steven Jones

DATED: January 12, 2021   McGREGOR W. SCOTT
United States Attorney

By: s/ David A. Gappa (by authorization)
DAVID A. GAPPA
Assistant United States Attorney

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the sentencing be continued until March 8, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 12, 2021**

UNITED STATES DISTRICT JUDGE