MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
STEVEN D. JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff ,<br><br>　　v.<br><br>STEVEN D. JONES,<br><br>　　　　Defendant. | Case No.　　1:18-cr-00179-DAD-BAM<br><br>**STIPULATION AND ORDER REGARDING SENTENCING** |

### STIPULATION

Defendant Steven Jones, by his counsel of record Michael McKneely, and the United States of America through its counsel of record David Gappa and Nadia Prinz, hereby stipulate as follows:

1. By previous order this matter was set for sentencing on March 8, 2021 and then continued by the Court to March 16, 2021..

2. By this stipulation, initiated by the defense, the parties stipulate that good cause exists to continue the sentencing in this matter to July 15, 2021, or to a date thereafter, to allow recently appointed defense counsel to continue to prepare.

IT IS SO STIPULATED

////

////

| | | |
|---|---|---|
| DATED: March 3, 2021 | | MICHAEL McKNEELY,<br>CRIMINAL DEFENSE ATTORNEY |
| | By: | s/ Michael McKneely<br>MICHAEL McKNEELY<br>Attorney for Steven Jones |
| DATED: March 3, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By: | s/ David A. Gappa by authorization<br>DAVID A. GAPPA<br>Assistant United States Attorney |

### **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing be continued until July 19, 2021.

IT IS SO ORDERED.

Dated:   **March 3, 2021**                              /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE