MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
STEVEN D. JONES

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN D. JONES,<br><br>　　　　Defendant. | Case No.　1:18-cr-00179-DAD-BAM<br><br>**STIPULATION AND ORDER REGARDING SENTENCING** |

### STIPULATION

Defendant Steven Jones, by his counsel Michael McKneely, and the United States of America through its counsel David Gappa and Alicia Bove, hereby stipulate as follows:

1. By previous order this matter was set for sentencing on July 19, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate that good cause exists to continue the sentencing in this matter to September 20, 2021, or to a date thereafter, to allow defense counsel to receive a report from a previously appointed expert evaluator and to continue to prepare.

IT IS SO STIPULATED

////

////

Stipulation And Order Regarding Sentencing　-1-

DATED: July 14, 2021             MICHAEL McKNEELY,
                                 CRIMINAL DEFENSE ATTORNEY


                                 By:   s/ Michael McKneely
                                       MICHAEL McKNEELY
                                       Attorney for Steven Jones


DATED: July 14, 2021             PHILLIP A. TALBERT
                                 Acting United States Attorney


                                 By:   s/ David A. Gappa by authorization
                                       DAVID A. GAPPA
                                       Assistant United States Attorney

## **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing be continued in this case from July 19, 2021 to September 20, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 14, 2021**

_____
UNITED STATES DISTRICT JUDGE