PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

ALICIA A. BOVE
Trial Attorney
United States Department of Justice
Child Exploitation and Obscenity Section
1301 New York Ave, N.W.
Washington, D.C. 20000
Email: Alicia.Bove@usdoj.gov
Telephone: (202) 616-5313

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00179 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF JOSHUA RATZLAFF |
| STEVEN DALE JONES, | |
| Defendant. | |

I, Joshua Ratzlaff, declare as follows:

1. I am a Special Agent with the Fresno office of the Federal Bureau of Investigation, and I am now the primary agent responsible for this case. I have been a special agent in Fresno since May 2014.

2. I was informed that defense counsel Michael McNeely became counsel of record on approximately November 30, 2020. As with all cases on which I am involved, the government notified defense counsel that he could review any contraband, digital evidence, or seized devices

at the Fresno FBI office. At no time has defense counsel ever contacted me or expressed any interest in reviewing any evidence that has been maintained by the FBI. Nor has any defense expert, specifically Rebecca Mercuri, inquired about reviewing evidence at the Fresno FBI office.

3. I have reviewed the declaration from Rebecca Mercuri dated January 26, 2022.

4. During my time as a special agent in Fresno, I have hosted approximately 20 evidence reviews at the Fresno FBI office. The Fresno FBI office has established a review station in a secured location that permits an attorney and/or expert to review evidence in private. They are provided with a standardized Dell desktop computer with the Windows operating system that contains a digital copy of relevant evidence. Attorneys and experts are able to use any forensic tools that they would like, although protective orders from the federal court generally prohibit the removal of any contraband files or data capable of being converted to contraband files. It is not necessary for me or another agent to supervise the evidence review, since the location is secure.

5. Defense attorneys and/or persons designated as experts in digital evidence have reviewed evidence at the Fresno FBI office without identifying any issues related to accessing evidence, including contraband. Because neither attorney McNeely nor Rebecca Mercuri has ever been to the Fresno FBI office, any comments or opinions about how evidence is made available for review are speculation and not based on their experience.

6. Rebecca Mercuri has stated in paragraph 10 of her declaration that the Regional Computer Forensics Laboratory in New Jersey provides her with a "high-speed forensically secure tower computer, set up to [her] specifications, with software and peripherals that enable a modern-day review of impounded materials that include contraband." I have a colleague who works at that RCFL with whom I consulted. I learned that the RCFL does not provide special or customized hardware or software to attorneys or experts. Instead, similar to the Fresno FBI office, the RCFL provides a standardized Dell desktop with the Windows operating system.

7. Whereas the Fresno FBI office enables attorneys and experts to review evidence without agent supervision, the New Jersey RCFL protocol mandates that an agent be present at all times when an expert is present and reviewing evidence. This takes away valuable agency resources and is a

reason why the government opposes the request that evidence be transferred to New Jersey. That request, if granted, would impose greater overall burdens on the government, since Rebecca Mercuri has indicated that she intends to make repeated visits to the facility, all of which would need to be supervised by an agent.

Dated: February 2, 2022

/s/ JOSHUA RATZLAFF

JOSHUA RATZLAFF
Special Agent
Federal Bureau of Investigation