MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
STEVEN D. JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN D. JONES,<br><br>    Defendant. | Case No.   1:18-cr-00179-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

**STIPULATION**

1. The United States of America, by and through Assistant United States Attorney David Gappa and Trial Attorney Alicia Bove, and Defendant, Steven Jones, by and through his counsel of record, Michael McKneely, hereby stipulate as follows.

2. The parties request to continue the sentencing hearing in this case from April 4, 2022 to April 11, 2022 at 11:00 a.m. before the Honorable Dale A. Drozd. The Defendant's sentencing brief will be filed on April 4, 2022.

4. Defense counsel has just concluded a 13 day trial in Visalia that started on February 28, 2022 and did not conclude until March 22, 2022. (*People v. Rudolph Vargas,* Tulare Superior Court case VCF419064.) The trial was interrupted by the illness of counsel's client and counsel that kept counsel out of the office for an additional week. Defense counsel has not completed defendant's sentencing brief and would like the

opportunity to review the brief with Mr. Jones before it is filed.

IT IS SO STIPULATED.

DATED: March 28, 2022         MICHAEL McKNEELY,
                              CRIMINAL DEFENSE ATTORNEY

                              By:  s/ Michael McKneely
                                   MICHAEL McKNEELY
                                   Attorney for Steven Jones


DATED: March 28, 2022         PHILLIP A. TALBERT
                              United States Attorney

                              By:  s/ David A. Gappa by authorization
                                   DAVID A. GAPPA
                                   Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: __**March 29, 2022**__            _____
                                         UNITED STATES DISTRICT JUDGE