PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN DALE JONES,<br><br>            Defendant. | CASE NO. 1:18-CR-00179-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

    WHEREAS, on February 3, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Steven Dale Jones in the following property:

    a. Seagate external hard drive, 1TB, S/N: NA471YQ9, with USB cord,

    b. Apple MacBook Pro, Model A1398, S/N: C02MC02NFD59, and

    c. San Disk USB thumbdrive, 32GB, S/N: BM170225497D (SDCZ43).

    AND WHEREAS, beginning on December 18, 2020, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

a. Alyssa Calanoc: A notice letter was sent via certified mail to Alyssa Calanoc at 455 E. Nees #144, Fresno, CA 93720 on February 19, 2021. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on February 23, 2021.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Steven Dale Jones and Alyssa Calanoc.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 18, 2022**

_____
UNITED STATES DISTRICT JUDGE