MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
STEVEN D. JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>STEVEN D. JONES,<br><br>     Defendant. | Case No.   1:18-cr-00179-DAD-BAM<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT RESTITUTION HEARING; ORDER** |

    Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant Steven Jones, having been advised of his right to be present at all stages of the proceedings, and having been sentenced to the custody of the Bureau of Prisons, hereby requests that this Court proceed in his absence at the restitution hearing scheduled for June 27, 2022, pursuant to this waiver.

    Defendant agrees that his interests shall be represented at all times by the presence of his attorney of record the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at same time and place.

    This request is made because Defendant wishes to commence his move to the

Bureau of Prisons as soon as possible.

DATED: April 19, 2022

s/ Steven Jones (by counsel per Gen.Order 616)
Steven Jones

DATED: April 19, 2022        MICHAEL McKNEELY,
                             CRIMINAL DEFENSE ATTORNEY

                        By:  s/ Michael McKneely
                             Michael McKneely
                             Attorneys for Steven Jones

## ORDER

Good cause appearing, it is hereby ordered that Defendant's appearance is waived for the restitution hearing scheduled for June 27, 2022.

IT IS SO ORDERED.

Dated: **April 20, 2022**

UNITED STATES DISTRICT JUDGE